AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

STEVEN GREENE
*Plaintiff(s)*

v.

WILDIN FERNANDEZ and UNITED STATES POSTAL SERVICE
*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To : *(Defendant's name and address )*  WILDIN FERNANDEZ, 1050 Forbell Street, Brooklyn, NY  11208

UNITED STATES POSTAL SERVICE, General Counsel, 475 L'Enfant Plaza SW, Washington DC 20260

Attorney General For the United States, US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

Attorney General For the United States, US Department of Justice, Room 5111 10th & Constitution Avenue, NW, Washington DC 20530

US Attorney for the Eastern District of New York,  Attn:  Civil Process Clerk 271 Cadman Plaza East, Brooklyn NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this supplemental summons on you(not counting the day you received it) - or 60 days if you are the United State or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.13(a)(2) or (3) - you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Wingate, Russotti, Shapiro, Moses & Halperin, LLP
420 Lexington Avenue, Suite 2700
New York, NY 10170
(212) 986-7353

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*